In the Matter of JOSEPH J. TALERICO, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. (Review of a determination by the State Liquor Authority canceling petitioner's liquor license, which proceeding was transferred to the Appellate Division by order of Onondaga Special Term.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL A. GARCIA, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. Memorandum: In this habeas corpus proceeding the petitioner makes various claims of denial of rights as the result of the dismissal by the Appellate Division, Second Department, of his direct appeal from a judgment of conviction. (See *People* v. *Garcia*, 5 A D 2d 969.) It now appears that on July 8, 1960, the Court of Appeals granted leave to appeal from the order of dismissal and assigned counsel. (See 8 N Y 2d 1005.) It further appears that this case appeared on the calendar of the Court of Appeals November 15, 1960. In view of this status of the case, the order appealed from is affirmed. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus after a hearing and remanding relator to the custody of the Warden.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

In the Matter of Probate of the Will of MARY L. CRESSEY, Deceased. BRIDGET McGARRY et al., Appellants; ELIZABETH CONNAUGHTON et al., Respondents.— Decree unanimously affirmed, without costs of this appeal to any party. Memorandum: In our opinion, this instrument was neither executed nor attested in the manner required by section 21 of the Decedent Estate Law. (Appeal from decree of Monroe Surrogate's Court dismissing the petition and denying probate to the claimed last will of decedent.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

In the Matter of the Accounting of ANITA M. REED, as Administratrix of the Estate of CALVIN M. REED, Deceased, Respondent. MORRIS REED et al., Appellants.— Decree insofar as appealed from unanimously affirmed, without costs of this appeal to either party. (Appeal from part of decree of Erie Surrogate's Court settling the accounts of the administratrix.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.